IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JARVIS KIMBLE, ID # 0246892, ) | |
|     Petitioner, ) | |
| vs. ) | No. 3:17-CV-3451-M (BH) |
| ) | |
| LORI DAVIS, Director, ) | Referred to U.S. Magistrate Judge |
| Texas Department of Criminal ) | |
| Justice, Correctional Institutions Division, ) | |
|     Respondent. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the case will be dismissed by separate judgment for failure to prosecute or follow court orders.

**SIGNED** this 8th day of March, 2018.

*[signature]*
BARBARA M. G. LYNN
CHIEF JUDGE